## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On October 12, 2017, University of Maryland police officers executed a search warrant at the residence of **NOAH HERSHEL HARRIS** ("**HARRIS**") in College Park, Maryland. **HARRIS** was present at the time of the execution of the search warrant. Officers seized several electronic devices and storage media, including a Microsoft Surface Tablet bearing Serial No. 075063744253 ("the tablet").

The Maryland State Police and the Federal Bureau of Investigation both forensically examined the tablet. The forensic analysis revealed multiple images and videos depicting infants and toddlers engaged in sexual acts. In total, the tablet contained approximately 200 images of child pornography, depicting primarily infants and toddlers engaged in sexual intercourse, or oral sex with males. The tablet also had a total of approximately 40 video files that involved toddlers and prepubescent females engaged in sexual intercourse or oral sex with an adult male. Review of the Skype chats saved on the tablet and obtained using forensic tools revealed that **HARRIS** was distributing and receiving images of child exploitation via Skype.

In a Skype chat dated December 6, 2016 between **HARRIS**, using the screenname "kurt4lit," and another user, **HARRIS** discussed his interest in children engaged in sexual conduct. During that chat, **HARRIS** received an image from the other user at 01:46 UTC that depicts an adult penis ejaculating on a female toddler's vagina and torso, while the toddler is laying on her back with her legs spread.

In a Skype chat dated December 14, 2016 that was also located on the tablet, **HARRIS**, using the screenname "kurt4lit," sent a child exploitation image to another user at 23:03 UTC. The image depicts a toddler appearing to be female performing oral sex on an adult male erect penis, with the toddler's tongue on the head of penis. **HARRIS** sent other images of child pornography to the same user during this Skype chat.

The forensic analysis of the tablet also revealed images of minors engaged in sexually explicit conduct in the file path "windows surface\users\Noah\Pictures\Screenshots\A-Z_521_.jpg." The forensic analyst determined that a file depicting a female toddler performing oral sex on adult male contained metadata indicating that the image was last accessed on October 11, 2017 at 07:48:12 p.m. Additional known images of child pornography, including images from the "jan_feb" and "Vicky" series, were recovered from the Defendant's tablet.

Immediately following the search of his dorm room where the tablet was seized, **HARRIS** waive his *Miranda* rights and agreed to speak with University of Maryland Police. **HARRIS** admitted to possessing images of children on his computer and cell phone, and repeatedly indicated

Rev. August 2018

he "messed up and was looking at bad stuff." **HARRIS** knowingly distributed, received, and possessed the above-described images and knew that the images depicted actual minor females engaged in sexually explicit conduct.

The tablet was manufactured outside of Maryland and therefore traveled in interstate commerce prior to being seized by law enforcement on October 12, 2017.

SO STIPULATED:

_____
Timothy F. Hagan, Jr.
Assistant United States Attorney

x _____
Noah Hershel Harris
Defendant

_____
Robert C. Bonsib, Esq.
Counsel for Defendant

Rev. August 2018

2